Kisha Yvonne CURTIS, a minor, by Vicki L. HUDSON, her mother and next friend and Vicki L. Hudson, Plaintiffs–Appellants,

v.

Amos L. BOYSTER, Defendant–Respondent.

No. 52627.

Missouri Court of Appeals, Eastern District, Division Five.

Dec. 22, 1987.

Motion for Rehearing and/or Transfer Denied Jan. 20, 1988.

James S. Collins, II, St. Louis, for plaintiffs-appellants.

Ray Dickhaner, Wegmann, Gasaway, Stewart, Schneider, Dickhaner, Tesreau &

Stoll, P.C., Hillsboro, for defendant-respondent.

## ORDER

PER CURIAM.

In plaintiffs' personal injury action, the jury found defendant not negligent. Plaintiffs' contentions on appeal, challenging a number of the trial court's evidentiary rulings and an instruction, do not reveal any error of law or any abuse of discretion. A written opinion would serve no precedential purpose. We affirm the judgment of the trial court pursuant to Rule 84.16(b).